IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIA V. MORALES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 11-7203 |
| | : | |
| **MICHAEL J. ASTRUE** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY** | : | |

## ORDER

**AND NOW**, this 18th day of September, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 7), the defendant's response (Document No. 8), the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (Document No. 10), no objections having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

    1.    The Report and Recommendation is **APPROVED** and **ADOPTED**; and

    2.    The action is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

  /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.